## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

<div style="overflow-x:auto;">

| | |
|---|---|
| _____ ) | |
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEVAN CASEY, JONATHAN FRIEDLANDER, ) | Civil Action No. 4:24-cv-02971 |
| ADRIAN JAMES, and ROBERT WHEAT, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| VERTICAL HOLDINGS, LLC, DOVER HILL, ) | |
| LLC, GSK STRATEGIES, LLC, CARMEL ) | |
| VENTURES, LLC, ALS INVESTMENTS, LLC, ) | |
| HIGHBRIDGE CONSULTANTS, LLC, ADRIAN ) | |
| JAMES AS THE TRUSTEE OF THE ASJ ) | |
| LIVING TRUST, ESPORTS GROUP, INC., ) | |
| OAK GROVE ASSET MANAGEMENT, INC., ) | |
| and YSW HOLDINGS, INC., ) | |
| ) | |
| Relief Defendants. ) | |
| _____ ) | |

</div>

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties [ECF No. 6], Plaintiff U.S. Securities and Exchange Commission hereby discloses that it is a governmental agency of the United States.  Plaintiff is unaware of any person or entity, other than the defendants and relief defendants named in this action, who have a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/David D'Addio
David J. D'Addio
*Pro Hac Vice Motion Pending*

Richard M. Harper II
*Pro Hac Vice Motion Pending*
Jeffrey T. Cook
Alexandra B. Lavin
*Pro Hac Vice Motion Pending*
Jonathan T. Menitove
*Pro Hac Vice Motion Pending*
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8979 (Harper)
(617) 573-4590 (Facsimile)
HarperR@sec.gov

Dated:  August 24, 2024

<u>CERTIFICATE OF SERVICE</u>

I, David J. D'Addio, hereby certify that on August 24, 2024, I caused a true copy of the forgoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ David J. D'Addio*
David J. D'Addio