UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | ) |
| Plaintiff, | ) ) ) Civil Action No. 4:24-cv-02971 |
| v. | ) ) ) |
| Kevan Casey, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## DEFENDANT ROBERT WHEAT'S AND RELIEF DEFENDANTS OAK GROVE ASSET MANAGEMENT AND YSW HOLDINGS, INC.'S DISCLOSURE OF <u>INTERESTED PARTIES</u>

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties dated August 9, 2024, Doc. No. 6 ("Court Order"), Defendant Robert Wheat, along with Relief Defendants Oak Grove Asset Management ("Oak Grove") and YSW Holdings, Inc. ("YSW"), are unaware of any persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. To the extent that, during the course of this litigation, Defendant Wheat or Relief Defendants Oak Grove or YSW become aware of any such person or entity, they will file an amended certificate as required under the Court's Order.

Dated: September 12, 2024

**VENABLE LLP**

*/s/ George Kostolampros*
George Kostolampros
Ana L. Jara
Maxwell H. Weiss
(*admitted pro hac vice*)
600 Massachusetts Ave, N.W.
Washington, D.C. 20001
Tel: (202) 344-4426
Fax: (202) 344-8300
Email: GKostolampros@Venable.com
      ALJara@Venable.com
      MHWeiss@Venable.com

## CERTIFICATE OF SERVICE

On September 12, 2024, I caused a copy of the foregoing to be served on all counsel of record via the Court's electronic system.

*/s/ George Kostolampros*
George Kostolampros