**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff<br><br>v.<br><br>KEVIN CASEY et al.,<br>          Defendants | Civil Action No.: 4:24-cv-02971 |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:     Clerk of the Court and All Parties of Record

Please enter the appearance of Beth W. Petronio, Esq., as counsel for Defendant Jonathan

Friedlander and Relief Defendant Esports Group, Inc.

I hereby certify that I am authorized to practice in this court.

Dated:          October 11, 2024

Respectfully submitted,

K&L GATES LLP

By:*/s/ Beth W. Petronio*
     Beth W. Petronio, Esq.
     Attorney-in-Charge
     Texas Bar No. 00797664
     Federal Id. No. 29628
     1717 Main Street, Suite 2800
     Dallas, TX  75201-7342
     Tel:  (214) 939-5815
     Fax:  (214) 939-5849
     Beth.petronio@klgates.com

*Attorney for Defendant Jonathan*
*Friedlander and Relief Defendant Esports*
*Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October 2024, a copy of the foregoing Notice of Appearance of Counsel was filed electronically using the ECF system and served on all parties of record through ECF.

*/s/ Beth W. Petronio*
Beth W. Petronio