United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    *Plaintiff,*<br><br>v.<br><br>Kevan Casey, Jonathan Friedlander, Adrian James, and Robert Wheat,<br><br>    *Defendants,*<br><br>Vertical Holdings, LLC, Dover Hill, LLC, GSK Strategies, LLC, Carmel Ventures, LLC, ALS Investments, LLC, Highbridge Consultants, LLC, Adrian James as the Trustee of the ASJ Living Trust, Esports Group, Inc., Oak Grove Asset Management, Inc., and YSW Holdings, Inc.,<br><br>    *Relief Defendants.* | Civil Action No. 4:24-cv-02971 |

**ORDER**

The Unopposed Motion of Defendants Jonathan Friedlander, Adrian James, and Robert Wheat and Relief Defendants Adrian James as the Trustee of the ASJ Living Trust, ALS Investments, LLC, Esports Group, Inc., Highbridge Consultants, LLC, Oak Grove Asset Management, Inc., and YSW Holdings, Inc. For an Extension of Time to Respond to Plaintiff's Complaint is **GRANTED.** The deadline for Defendants to respond to the Complaint is extended to the earlier of (i) thirty (30) days following an entry of an Order on the SEC's

anticipated motion to substitute the estate representative of Kevan Casey, or (ii) 90 days from entry of this Order.

**IT IS SO ORDERED.**

Dated this  15  day of October, 2024.

_____
GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE