# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Securities and Exchange Commission

v.  Case Number: 4:24–cv–02971

Kevan Casey, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video

**DATE:** 12/6/2024

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   October 21, 2024

Nathan Ochsner, Clerk