United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Securities and Exchange Commission | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−02971 |
| | § | |
| Kevan Casey, et al. | § | |

**SECOND AMENDED ORDER**

It is **ORDERED** that the following deadlines are **RESET:**.

| | |
|---|---|
| **January 29, 2027** | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| **February 5, 2027, 03:00 PM** by video | **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| **Feb./Mar. 2027** | **Jury Trial TRIAL** Case is subject to being called to trial on short notice during this term. Estimated Trial Time: ____________________. |

**All other deadlines shall remain in place.**

SIGNED on the 22nd of October 2026.

George C. Hanks, Jr.
United States District Judge